**FILED**

December 08, 2017

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERAN BUHBUT,

Defendant.

Case No.  2:17-mj-0202-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ___ERAN BUHBUT__ ,

Case No. _2:17-mj-0202-CKD_ from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $       $50,000, cosigned

by wife. _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

**X**   (Other): Pretrial Services conditions of release.

Issued at Sacramento, California on December 08, 2017 at _____ pm

By: _____

Magistrate Judge Carolyn K. Delaney